**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:                                    Case No.: 18-27260
SPRINGSTEADAH, DONALD P.        Chapter 7
                                               Judge: Jerrold N. Poslusny, Jr.

**NOTICE OF PROPOSED ABANDONMENT**

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse
401 Market Street, Second Floor
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on November 20, 2018 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4C (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description of property | FMV | Liens on property | Amount of equity claimed as exempt |
|---|---|---|---|
| 427 ELLEN CT, MILLVILLE, NJ 08332 | $169,144.00 | $361,376.99 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:           /s/ Thomas J. Subranni
Address:       1624 Pacific Avenue, Atlantic City, NJ 08401
Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-27260-JNP
Donald P Springsteadah                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Oct 16, 2018
                              Form ID: pdf905          Total Noticed: 42

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
db             +Donald P Springsteadah,    427 Ellen Ct,    Millville, NJ 08332-4720
cr             +Wells Fargo Bank, N.A.,    PO Box 3569,    Rancho Cucamonga, CA 91729-3569
517727448      +A&T Sprinklers INC,    PO Box 434,    Sicklerville, NJ 08081-0434
517727449      +Asset Recovery Solutions,    2200 E. Devon Avenue,Suite 200,    Des Plaines, IL 60018-4501
517727457       Client Services,    P.O. Box 1503,    St Peters, MO 63373-0027
517727460      +Cumberland OBGYN,    2950 College Dr.,    Vineland, NJ 08360-6933
517727462      +Financial Recoveries,    200 E Park Drive Ste 100,    Mount Laurel, NJ 08054-1297
517727463      +First Premier,    900 West Deleware Street, Suite,    Sioux Falls, SD 57104-0337
517727464      +First Source,    Po Box 628,    Buffalo, NY 14240-0628
517727465      +Ford Motor Credit,    Po Box 542000,    Omaha, NE 68154-8000
517727466       Inspira Health,    P.O. Box 48274,    Newark, NJ 07101-8474
517727468      +Jefferson Health,    PO Box 88,    Philadelphia, PA 19105-0088
517727470      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
517727472      +Lehigh Valley Toxicology,    3864 Courtney St,    Bethlehem, PA 18017-8987
517727473       Medical Diagnostic Laboratories, LLC,    2439 Kuser Road,    Hamilton, NJ 08690-3303
517727475     #+Mid-Atlantic pain specilist LLC,    P.O. Box 1581,    Bridgeton, NJ 08302-0690
517727477      +National Auto Sales,    123 S Delsea Drive,    Glassboro, NJ 08028-2604
517727478       Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany NJ, NJ 07054-5020
517727479      +Remex Inc,    307 Wall Street,    C/O Washington twp SSNJ,    Princeton, NJ 08540-1515
517727480      +Rushmore Service center,    PO Box 5508,    Sioux Falls, SD 57117-5508
517727481       Sko Brenner American,    40 Daniel Street Po Box 230,    Farmingdale, NY 11735-0230
517727484      +The Bureaus,    650 Dundee Rd Suite 370,    Northbrook, IL 60062-2757
517727483      +The bank of New York Mellon,    240 Greenwich Street,    New York, NY 10286-0001
517727485       US Department Of Education,    3130 Farieviw Park Drive Suite 800,    Chesapeake, VA 23323
517727486       Vineland Medical Center,    Receivables Outsourcing_,    PO Box 62850,    Baltimore, MD 21264-2850
517727487      +WAWA/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
517727488      +Wells Fargo Dealer Service,    P.O. Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2018 00:37:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2018 00:37:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517727450      +E-mail/Text: bankruptcy@pepcoholdings.com Oct 17 2018 00:36:44      Atlantic City Electric,
                 5 Collins Drive Suite 2133,    Pepco Holdings Inc, Bankruptcy Division,
                 Penns Grove, NJ 08069-3600
517727451       E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 17 2018 00:37:33
                 Bayview Loan Servicing,    62516 Collection Center Drive,    Chicago, IL 60693-0625
517727453       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2018 00:42:02      Capital One Bank,
                 PO Box 85015,    Richmond, VA 23285-5015
517727452       E-mail/Text: clientrep@capitalcollects.com Oct 17 2018 00:38:00      Capital Colection Services,
                 PO BOX 150,    West Berlin, NJ 08091-0150
517727458       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 17 2018 00:37:01
                 Comenity - Victoria's Secret,    PO Box 659728,    San Antonio, TX 78265-9728
517727459      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 17 2018 00:37:01      Comenity Bank,
                 PO Box 182124,    Columbus, OH 43218-2124
517727461       E-mail/Text: bankruptcy.bnc@ditech.com Oct 17 2018 00:36:45      Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
517727469      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Oct 17 2018 00:38:05
                 JH Portfolio Debt,    5757 Phanton Dr Ste 225,    Hazelwood, MO 63042-2429
517727471      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 17 2018 00:36:27      Kohl's,    P.O. Box 3115,
                 Milwaukee, WI 53201-3115
517727474       E-mail/Text: bkr@cardworks.com Oct 17 2018 00:36:12      Merrick Bank,    PO Box 5721,
                 Hicksville, NY 11802-5721
517727476      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 17 2018 00:37:10      Midland Funding,
                 8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
517727482       E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 00:42:49      Syncb/Wal-Mart,    Po Box 956024,
                 Orlando, FL 32896-5024
517728804      +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 00:42:49      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517727467       Jeannett Springsteadah,    N/A
517727454*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,    PO Box 85015,    Richmond, VA 23285)
517727455*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,    PO Box 85015,    Richmond, VA 23285)
517727456*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,    PO Box 85015,    Richmond, VA 23285)
                                                                                      TOTALS: 1, * 3, ## 0
```

```
District/off: 0312-1           User: admin                Page 2 of 2              Date Rcvd: Oct 16, 2018
                               Form ID: pdf905            Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:
```
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWALT 2004-J7) rsolarz@kmllawgroup.com
              Seymour   Wasserstrum    on behalf of Debtor Donald P Springsteadah mylawyer7@aol.com,
               ecf@seymourlaw.net
              Thomas J Subranni    trustee@subranni.com,
               ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
              Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
               ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```