**Information to identify the case:**

| Debtor 1 | Donald P Springsteadah | Social Security number or ITIN | xxx–xx–3872 |
| --- | --- | --- | --- |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 18–27260–JNP | | |

# Order of Discharge                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Donald P Springsteadah

12/21/18                                                          **By the court:**   Jerrold N. Poslusny Jr.
                                                                                        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                                    District of New Jersey

In re:                                                                       Case No. 18-27260-JNP
Donald P Springsteadah                                                       Chapter 7
         Debtor                     CERTIFICATE OF NOTICE
District/off: 0312-1            User: admin                  Page 1 of 2                  Date Rcvd: Dec 21, 2018
                                Form ID: 318                 Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2018.
db             +Donald P Springsteadah,    427 Ellen Ct,    Millville, NJ 08332-4720
517727448      +A&T Sprinklers INC,    PO Box 434,    Sicklerville, NJ 08081-0434
517727449       Asset Recovery Solutions,    2200 E. Devon Avenue,Suite 200,    Des Plaines, IL 60018-4501
517727457       Client Services,    P.O. Box 1503,    St Peters, MO 63373-0027
517727460     #+Cumberland OBGYN,    2950 College Dr.,    Vineland, NJ 08360-6933
517727462      +Financial Recoveries,    200 E Park Drive Ste 100,    Mount Laurel, NJ 08054-1297
517727466       Inspira Health,    P.O. Box 48274,    Newark, NJ 07101-8474
517727468      +Jefferson Health,    PO Box 88,    Philadelphia, PA 19105-0088
517727470      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
517727472      +Lehigh Valley Toxicology,    3864 Courtney St,    Bethlehem, PA 18017-8987
517727473       Medical Diagnostic Laboratories, LLC,    2439 Kuser Road,    Hamilton, NJ 08690-3303
517727475     #+Mid-Atlantic pain specilist LLC,    P.O. Box 1581,    Bridgeton, NJ 08302-0690
517727477      +National Auto Sales,    123 S Delsea Drive,    Glassboro, NJ 08028-2604
517727478       Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany NJ, NJ 07054-5020
517727479      +Remex Inc,    307 Wall Street,    C/O Washington twp SSNJ,    Princeton, NJ 08540-1515
517727480      +Rushmore Service center,    PO Box 5508,    Sioux Falls, SD 57117-5508
517727481       Sko Brenner American,    40 Daniel Street Po Box 230,    Farmingdale, NY 11735-0230
517727484      +The Bureaus,    650 Dundee Rd Suite 370,    Northbrook, IL 60062-2757
517727483      +The bank of New York Mellon,    240 Greenwich Street,    New York, NY 10286-0001
517727485       US Department Of Education,    3130 Fariveiw Park Drive Suite 800,    Chesapeake, VA 23323
517727486       Vineland Medical Center,    Receivables Outsourcing_,    PO Box 62850,    Baltimore, MD 21264-2850
517727487      +WAWA/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 22 2018 01:08:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 22 2018 01:08:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: WFFC.COM Dec 22 2018 05:23:00      Wells Fargo Bank, N.A.,    PO Box 3569,
                 Rancho Cucamonga, CA 91729-3569
517834526       EDI: BECKLEE.COM Dec 22 2018 05:23:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
517727450      +E-mail/Text: bankruptcy@pepcoholdings.com Dec 22 2018 01:07:20      Atlantic City Electric,
                 5 Collins Drive Suite 2133,    Pepco Holdings Inc, Bankruptcy Division,
                 Penns Grove, NJ 08069-3600
517727451       E-mail/Text: bkmailbayview@bayviewloanservicing.com Dec 22 2018 01:08:42
                 Bayview Loan Servicing,    62516 Collection Center Drive,    Chicago, IL 60693-0625
517727453       EDI: CAPITALONE.COM Dec 22 2018 05:23:00      Capital One Bank,    PO Box 85015,
                 Richmond, VA 23285-5015
517727452       E-mail/Text: clientrep@capitalcollects.com Dec 22 2018 01:09:34      Capital Colection Services,
                 PO BOX 150,    West Berlin, NJ 08091-0150
517727458       EDI: WFNNB.COM Dec 22 2018 05:23:00      Comenity - Victoria's Secret,    PO Box 659728,
                 San Antonio, TX 78265-9728
517727459      +EDI: WFNNB.COM Dec 22 2018 05:23:00      Comenity Bank,    PO Box 182124,
                 Columbus, OH 43218-2124
517727461       E-mail/Text: bankruptcy.bnc@ditech.com Dec 22 2018 01:07:24      Ditech Financial LLC,
                 PO Box 6172,    Rapid City, SD 57709-6172
517727463      +EDI: AMINFOFP.COM Dec 22 2018 05:23:00      First Premier,    900 West Deleware Street, Suite,
                 Sioux Falls, SD 57104-0337
517727464      +EDI: FSAE.COM Dec 22 2018 05:23:00      First Source,    Po Box 628,    Buffalo, NY 14240-0628
517727465      +EDI: FORD.COM Dec 22 2018 05:23:00      Ford Motor Credit,    Po Box 542000,
                 Omaha, NE 68154-8000
517727469      +E-mail/Text: bknotificationdistribution@jhcapitalgroup.com Dec 22 2018 01:09:42
                 JH Portfolio Debt,    5757 Phanton Dr Ste 225,    Hazelwood, MO 63042-2429
517727471      +EDI: CBSKOHLS.COM Dec 22 2018 05:23:00      Kohl's,    P.O. Box 3115,    Milwaukee, WI 53201-3115
517727474       EDI: MERRICKBANK.COM Dec 22 2018 05:23:00      Merrick Bank,    PO Box 5721,
                 Hicksville, NY 11802-5721
517727476      +EDI: MID8.COM Dec 22 2018 05:23:00      Midland Funding,    8875 Aero Dr, Ste 200,
                 San Diego, CA 92123-2255
517727482       EDI: RMSC.COM Dec 22 2018 05:23:00      Syncb/Wal-Mart,    Po Box 956024,
                 Orlando, FL 32896-5024
517728804      +EDI: RMSC.COM Dec 22 2018 05:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517727488      +EDI: WFFC.COM Dec 22 2018 05:23:00      Wells Fargo Dealer Service,    P.O. Box 1697,
                 Winterville, NC 28590-1697
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517727467      Jeannett Springsteadah,    N/A
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Dec 21, 2018
                               Form ID: 318             Total Noticed: 43

517727454*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One Bank,    PO Box 85015,    Richmond, VA 23285)
517727455*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One Bank,    PO Box 85015,    Richmond, VA 23285)
517727456*    ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:  Capital One Bank,    PO Box 85015,    Richmond, VA 23285)
                                                                                   TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2018 at the address(es) listed below:
          Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2004-J7) rsolarz@kmllawgroup.com
          Seymour   Wasserstrum    on behalf of Debtor Donald P Springsteadah mylawyer7@aol.com,
           ecf@seymourlaw.net
          Thomas J Subranni    trustee@subranni.com,
           ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
          Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
           ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```